**Affirmed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00684-CV

## MECHANICAL SYSTEMS LIMITED AND CHIEF TONY UKASANYA, Appellants

## V.

## JOLACO MARITIME SERVICES, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-41283**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 14, 2014. The clerk's record was filed November 6, 2014. The reporter's record has not been filed. No brief was filed.

On September 2, 2015, this court issued an order stating that unless appellant submitted a brief on or before October 5, 2015, the court would dismiss

the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jamison, McCally and Wise.